AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SHARKNINJA OPERATING LLC,

*Plaintiff(s)*

v.  Civil Action No. 19-cv-24114

EMERIL LAGASSE, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CANTOR COLBURN LLP (Counterclaim-Defendant)
20 Church Street
22nd Floor
Hartford, CT 06103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Herman J. Russomanno, III
Russomanno & Borrello, P.A.
150 West Flagler Street, PH2800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 9, 2019

Angela E. Noble
Clerk of Court

s/ Doris Jones
Deputy Clerk
U.S. District Courts

k

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

SHARKNINJA OPERATING LLC,

*Plaintiff(s)*

v.

EMERIL LAGASSE, et al.

*Defendant(s)*

Civil Action No. 19-cv-24114

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DANIEL R. GIBSON, ESQ. (Counterclaim-Defendant)
Cantor Colburn LLP
20 Church Street
22nd Floor
Hartford, CT 06103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Herman J. Russomanno, III
Russomanno & Borrello, P.A.
150 West Flagler Street, PH2800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 9, 2019

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk     *k*
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SHARKNINJA OPERATING LLC, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 19-cv-24114 |
| EMERIL LAGASSE, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PEDRO J. LOPEZ-BALDRICH, ESQ. (Counterclaim-Defendant)
Chief Legal Officer
SharkNinja Operating LLC
89 A St #100,
Needham, MA 02494

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Herman J. Russomanno, III
Russomanno & Borrello, P.A.
150 West Flagler Street, PH2800
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 9, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts