## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHARKNINJA OPERATING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>EMERIL LAGASSE,<br><br>    Defendant.<br><br>TRISTAR PRODUCTS, INC.,<br><br>    Defendant/Counterclaim Plaintiff<br><br>    v.<br><br>SHARKNINJA OPERATING LLC<br><br>DANIEL R. GIBSON, ESQ.<br><br>CANTOR COLBURN LLP<br><br>PEDRO J. LOPEZ-BALDRICH, ESQ.<br><br>    Counterclaim Defendants | Civil Action No. 19-cv-24114 |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff SharkNinja Operating LLC ("SharkNinja"), Defendants Tristar Products, Inc. ("Tristar") and Emeril Lagasse (collectively, "Defendants"), and Counterclaim Defendants Daniel R. Gibson, Esq., Cantor Colburn LLP, and Pedro Lopez-Baldrich (collectively, "Counterclaim Defendants"), respectfully notify the Court that the parties have reached a settlement of all claims in the above captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, SharkNinja, Defendants, and the Counterclaim Defendants hereby stipulate to the dismissal of all claims asserted in SharkNinja's Complaint (ECF No. 1)

and in Tristar's Answer to Plaintiff's Complaint and First Amended Counterclaims (ECF No. 45) without prejudice. Each party will bear its own attorneys' fees and costs.

AGREED AND STIPULATED TO this 4th day of May, 2020.

By:/s/Brian Lechich                    .

HOMER BONNER JACOBS ORTIZ, PA
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel: (305) 530-5100
Fax: (305) 372-2738

Jose A. Ortiz
E-Mail: jortiz@homerbonner.com Florida Bar No. 182321
Brian Lechich
E-Mail: blechich@homerbonner.com Florida Bar No. 84419
Antonio M. Hernandez, Jr.
E-Mail: ahernandez@homerbonner.com
Florida Bar No. 0117756

and

Brian A. Rosenthal
Kyanna Sabanoglu (*pro hac* pending)
Wendy W. Cai
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166 Telephone: (212) 351-4000
Email: BARosenthal@gibsondunn.com
Email: KSabanoglu@gibsondunn.com
Email: WCai@gibsondunn.com

Brian K. Andrea
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Email: BAndrea@gibsondunn.com

By:/s/Roger A. Colaizzi                    .

Roger A. Colaizzi
Frank C. Cimino, Jr.
VENABLE LLP
600 Massachusetts Avenue, NW Washington, DC 20001
202.344.4569
202.344.8300 – Facsimile
fccimino@Venable.com
rcolaizzi@Venable.com

Robert E. Bugg
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas New York, NY 10020 212.370.6241
212.307.5598 – Facsimile
rebugg@Venable.com

RUSSOMANNO & BORRELLO, P.A.
Museum Tower – PH2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101

Herman J. Russomanno III
Fla. Bar No. 21249
herman2@russomanno.com

***ATTORNEYS FOR DEFENDANT TRISTAR PRODUCTS, INC.***

***ATTORNEYS FOR PLAINTIFF SHARKNINJA OPERATING LLC AND COUNTERCLAIM DEFENDANTS DANIEL R. GIBSON, ESQ., CANTOR COLBURN LLP, AND PEDRO J. LOPEZ-BALDRICH, ESQ.***

By: /s/Christine E. Lehman
W. Drew Sorrell
Florida Bar No. 160903
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: 407-843-4444
drew.sorrell@lowndes-law.com
litcontrol@lowndes-law.com
carole.moore@lowndes-law.com

Christine E. Lehman (pro hac vice)
Connor S. Houghton (pro hac vice pending)
Reichman Jorgensen LLP
818 Connecticut Ave NW
Suite 850
Washington, DC 20006
Telephone: (202) 894-7311
Facsimile: 650-623-1449
clehman@reichmanjorgensen.com
choughton@reichmanjorgensen.com

***ATTORNEYS FOR DEFENDANT EMERIL LAGASSE***